IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLE SUMPTER | : | |
| | : | CIVIL ACTION |
| v. | : | No. 13-988 |
| | : | |
| CAROLYN W. COLVIN | : | |

O'NEILL, J.

## ORDER

AND NOW, this 27nd day of March, 2014, upon consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Dkt. No. 12), defendant Commissioner of Social Security Carolyn W. Colvin's objections thereto (Dkt. No. 13), plaintiff Nichole Sumpter's Request for Review (Dkt. No. 8), defendant's response (Dkt. No. 9), plaintiff's reply (Dkt. No. 11) and the record of proceedings before the Administrative Law Judge and Appeals Council, and consistent with the accompanying memorandum, it is ORDERED that:

1. The Report is APPROVED to the extent that it is consistent with the accompanying memorandum;

2. The Recommendation is ADOPTED;

3. Plaintiff's request for review is GRANTED and the decision of the Commissioner is VACATED;

4. The matter is REMANDED to the Commissioner for further review; and

5. The Clerk of the Court shall mark this matter CLOSED.

                                                             *s/Thomas N. O'Neill, Jr.*
                                                    THOMAS N. O'NEILL, JR., J.